UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ERICK RODERICO PIVARAL GONZALEZ, Individually and as Special Administrator of the Estate of NEHEMIAS R. PIVARAL SANTOS, DECEASED, ERICK SANTOS and EVELYN MORENO | § § § § § § | |
| *Plaintiffs,* | § § | Civil Action No. 3:22-CV-02714-K |
| v. | § § | |
| CAYLEE ERIN SMITH and EASTMAN CHEMICAL COMPANY, | § § § § | |
| *Defendants.* | § § | |

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.3, Defendants Eastman Chemical Company and Caylee Erin Smith move for partial summary judgment on Plaintiffs' negligent-employment claims against Eastman, their gross-negligence claims against both Defendants, and for certain categories of damages. In accordance with Local Civil Rule 56.3(b), Defendants have set forth each of the required matters in their contemporaneously filed Brief in Support of Motion for Partial Summary Judgment. For the reasons set forth in Defendants' brief, Defendants respectfully request that the Court grant partial summary judgment in their favor and dismiss with prejudice the negligent-employment claims, gross-negligence claims, and certain categories of damages.

Respectfully submitted,

By: ___*/s/ Brian L. Bunt*___
    BRIAN L. BUNT
    STATE BAR NO. 03350025
    bbunt@freemanmillspc.com

FREEMAN MILLS PC
2020 Bill Owens Parkway, Suite 200
Longview, Texas 75604
Telephone: (903)295-7200
Facsimile: (903)295-7201


   */s/Roger W. Anderson*
ROGER W. ANDERSON
STATE BAR NO. 01213500
randerson@freemanmillspc.com

FREEMAN MILLS PC
12222 Merit Drive, Suite 1400
Dallas, TX 75251
Telephone: 214-800-5191
Facsimile: 214-800-5190

   */s/ Graham K. Simms*
GRAHAM K. SIMMS
STATE BAR NO. 24060610
GSimms@freemanmillspc.com

FREEMAN MILLS PC
117 @ 7th Street, Suite 1225
Fort Worth, Texas 76102
Telephone:  682+316-1677
Facsimile:  682-316-1676

GREGORY J. DUBOFF
gduboff@mcguriewoods.com

MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
Telephone: 804-775-1154
Facsimile: 804-698-2054


ATTORNEYS FOR DEFENDANTS
EASTMAN CHEMICAL COMPANY AND
CAYLEE ERIN SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served upon all parties or their counsel of record in accordance with the Federal Rules of Civil Procedure on this the 29th day of January 2024.

*Via Electronic Mail*
Grant K. Schmidt
Texas Bar No. 24084579
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: 469.751.2819
Fax: 402.413.1880
Email: gschmidt@hilgersgraben.com

Jacob White
Taylor King Law
410 N. Thompson St., Suite B
Springdale, AR 72764
Telephone: 479.935.1761
Fax: 479.334.5069
Email: jacobwhite@taylorkinglaw.com

***Attorneys for Plaintiffs***

            */s/Brian L. Bunt*
            BRIAN L. BUNT