



3:22-CV-2714

# McGuireWoods

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Martina X. Liu
Direct: 804.775.1207
mliu@mcguirewoods.com
Fax: 804.775.1061



January 31, 2024

**VIA FEDEX**

Karen Mitchell, Clerk of Court
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

Re:   *Pivaral Gonzalez, et al. v. Eastman Chemical Co., et al.*
      No. 3:22-cv-02714-K

Dear Ms. Mitchell:

Please find enclosed for filing in the above-captioned matter, Defendants Eastman Chemical Company and Caylee Erin Smith's Exhibits W to Z in support of Defendants' Motion for Partial Summary Judgment and as referenced in the Appendix in Support of Motion filed on January 29, 2024 (Dkts. 47, 48, 49).

The Exhibits, which are native video files, are contained in the enclosed USB flash drive. As required by our firm policy, the flash drive is encrypted. For the password to unlock the flash drive, please reach out to me directly via email or phone.

Thank you for your assistance. Should you have any questions or concerns, please feel free to contact me.

Very respectfully,

Martina X. Liu

Enclosures



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

*Legal Terms and Conditions*

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

```
ORIGIN ID:GVEA    (804) 775-1069        SHIP DATE: 31JAN24
MARTINA X. LIU                          ACTWGT: 0.50 LB
MCGUIRE WOODS LLP                       CAD: 253461352/WSXI3500
GATEWAY PLAZA BUILDING
RICHMOND, VA 23219
UNITED STATES US                        BILL SENDER

TO  UNITED STATES DISTRICT COURT
    CLERK'S OFFICE
    1100 COMMERCE STREET
    ROOM 1452
    DALLAS TX 75242
(214) 753-2200         REF: 2016/04-0932
INV:
PO:                                  DEPT:
```

FedEx Express
E

TRK# 2704 5634 7540          THU - 01 FEB 10:30A
0201                         PRIORITY OVERNIGHT
                                         DSR
                                       75242
XA KIPA                      TX-US     DFW

267  1  10:30 A  7540  02.01