IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERICK RODERICO PIVARAL GONZALEZ, Individually and as Special Administrator of the Estate of NEHEMIAS R. PIVARAL SANTOS, DECEASED, ERICK SANTOS and EVELYN MORENO<br><br>Plaintiffs<br><br>v.<br><br>CAYLEE ERIN SMITH & EASTMAN CHEMICAL COMPANY<br><br>Defendants. | §§§§§§§§§§§§§§§§§ Civil Action No. 3:22-CV-02714-K |

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Rules 7.1 and 56.4, Plaintiffs Erick Roderico Pivaral Gonzalez, Erick Santos, and Evelyn Moreno (collectively "Plaintiffs") file this Opposition to Defendants' Motion for Partial Summary Judgment. Pursuant to Local Rule 56.4(b), Plaintiffs state that each of the matters required by Local Rule 56.4(a) will be set forth in Plaintiffs' Brief in Opposition to Defendants' Motion for Partial Summary Judgment, filed contemporaneously herewith and fully incorporated herein by reference (the "Brief").

For the reasons set forth in the Brief, Plaintiffs respectfully request that the Court deny Defendants' Motion for Partial Summary Judgment as requested therein.

1

| | |
|---|---|
| Date: February 20, 2024 | Respectfully submitted, |

<div style="margin-left: 50%;">

*/s/ Grant K. Schmidt*
Grant K. Schmidt
Texas Bar No. 24084579
HILGERS GRABEN PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: 469.751.2819
Fax: 402.413.1880
Email: gschmidt@hilgersgraben.com

Jacob White
*Pro Hac Vice*
Taylor King Law
410 N. Thompson St., Suite B
Springdale, AR 72764
Telephone: 479.935.1761
Fax: 479.334.5069
Email: jacobwhite@taylorkinglaw.com

*Counsel for Plaintiffs Erick Rodericko Pivaral Gonzalez, Erick Santos, and Evelyn Moreno*

</div>

2

## **CERTIFICATE OF SERVICE**

I, Grant K. Schmidt, do hereby certify that as an attorney of record for the Plaintiffs herein, that I have on this 20th day of February 2024, duly served the above and foregoing by electronic filing upon the following:

Brian L. Bunt, State Bar No. 03350025
Freeman Mills, P.C.
2020 Bill Owens Parkway, Suite 200
Longview, TX 75604
Telephone: (903)-295-7200
Facsimile: (903)-295-7201
bbunt@freemanmillsspc.com

Graham K. Simms, State Bar No. 24060610
Freeman Mills, P.C.
2020 Bill Owens Parkway, Suite 200
Longview, TX 75604
Telephone: (682)-316-1677
Facsimilie: (682)-3161676
gsimms@freemanmillspc.com

Roger W. Anderson, State Bar No. 01213500
Freeman Mills, P.C.
2020 Bill Owens Parkway, Suite 200

*/s/ Grant K. Schmidt*
Grant K. Schmidt